Helge Erickson, appellee, v. Delbert D. Ehresman et al., appellees. Russell Firebaugh, trustee, appellant, v. Arthur F. Johnson et al., appellees. Gen. No. 35,530.

Heard in the first division of this court for the first district at the October term, 1931.

603

McSurely, J., dissents. Opinion filed February 29, 1932. Rehearing denied March 14, 1932.

William Sherman Stahl and Morton S. Cressy, for appellant; Preston Clark, of counsel. Ernest A. Eklund and Frederick J. Bertram, for appellee Helge Erickson.

Mr. Presiding Justice O'Connor delivered the opinion of the court.